# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALICE ARIAS-BARAJAS, | ) |
| | ) |
| Plaintiff, | ) |
| | )  Case No. 15-CV-178-SPS |
| v. | ) |
| | ) |
| MERCY HOSPITAL ADA, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(a)(ii), Plaintiff Alice Arias-Barajas and Defendant Mercy Hospital Ada, Inc., by and though their counsel of record, hereby jointly stipulate to the dismissal of this case with prejudice to its refiling. Each party shall bear its own attorney's fees and costs.

Respectfully submitted,

s/ Joshua C. Stockton
Joshua C. Stockton, OBA # 21833
STOCKTON LAW GROUP, PLLC
1221 S. Holly Avenue
Yukon, OK 73099
Phone: (405) 354-1120
Email: stocktonlawgroup@gmail.com
*Attorney for Plaintiff*
*Alice Arias-Barajas*

s/ Nathan L. Whatley
Nathan L. Whatley, OBA # 14601
Kristin M. Simpsen, OBA # 22302
McAfee & Taft A Professional Corporation
211 N. Robinson Avenue
Oklahoma City, Oklahoma 73102
Nathan.whatley@mcafeetaft.com
Kristin.simpsen@mcafeetaft.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of March, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Nathan L. Whatley, OBA # 14601
    Kristin M. Simpsen, OBA #22302
    McAfee & Taft A Professional Corporation
    nathan.whatley@mcafeetaft.com
    kristin.simpsen@mcafeetaft.com
    ***Attorneys for Defendant Mercy Hospital Ada, Inc.***

                                                s/ Joshua C. Stockton
                                                JOSHUA C. STOCKTON